IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 1:05cr39-SPM/AK

KEARA NIKYELA JOHNSON,

    Defendant.
_____/

### ORDER EXTENDING VOLUNTARY SURRENDER DATE

The Court has been advised by Attorney Huntley Johnson that Defendant Keara Nikyela Johnson has been designated by the Bureau of Prison to serve her sentence at the Federal Correction Center in Danbury, Connecticut. Ms. Johnson requests a one-week extension of her voluntary surrender date to allow time, if she can manage, to self-surrender at Danbury. For good cause shown, it is

ORDERED AND ADJUDGED that Ms. Johnson's self-surrender date is extended to April 21, 2008.

DONE AND ORDERED this 11th day of April, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge